**CAHILL GORDON & REINDEL LLP**
Joel H. Levitin
Miles Wiley
32 Old Slip
New York, NY 10005
Tel: (212) 701-3770/3395
jlevitin@cahill.com
mwiley@cahill.com
and
Gregory Strong (*pro hac vice*)
221 W. 10th Street, 3rd Floor
Wilmington, DE 19801
Tel: (302) 884-0001
gstrong@cahill.com

*Counsel for Bob Yap Cheng Ghee, Toh Ai Ling, and Tan Yen Chiaw,
in their capacities as the joint and several liquidators of Multichain
Foundation Ltd. (In Liquidation) in insolvency proceedings before
the General Division of the High Court of the Republic of Singapore*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 15 |
| MULTICHAIN FOUNDATION LTD., | Case No. 25-12340 (DSJ) |
| Debtor in a Foreign Proceeding. | |

## STIPULATION FOR EXTENSION OF TIME

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel,

that each of the deadlines in the briefing schedule for the Motion to Stay the Newton Proceedings,

as set forth in and as defined in the *Agreed Order Granting Recognition of Foreign Proceedings

Under Chapter 15 and Related Relief* (ECF 25) is extended by 30 days to the following dates by

agreement of the parties, pursuant to the terms of the Order:

The Petitioners' deadline to file a motion to stay the Newton Proceedings is extended until

February 17, 2026.

The deadline to file any opposition to that motion is extended until March 10, 2026.

The deadline for the Petitioners and Circle Internet Financial, LLC to file a reply with respect to that motion is extended until March 20, 2026.

Dated: January 15, 2026
        New York, New York

| | |
|---|---|
| WILL NEWMAN LAWYER PLLC | CAHILL GORDON & REINDEL LLP |
| /s/ William H. Newman | /s/ Joel H. Levitin |
| William H. Newman | Joel H. Levitin |
| Tara Q. Higgins | Miles Wiley |
| 33 Nassau Avenue, Second Floor | 32 Old Slip |
| Brooklyn, New York 11222 | New York, NY 10005 |
| Tel: (718) 218-3360 | Tel: (212) 701-3770/3395 |
| will@willnewmanlawyer.com | jlevitin@cahill.com |
| tara@willnewmanlawyer.com | mwiley@cahill.com |
| | |
| *Counsel for Newton AC/DC Fund L.P., Scallion Trading Ltd., and Stanton Street Capital Partners, Inc.* | and |
| | Gregory Strong (*pro hac vice*) |
| | 221 W. 10th Street, 3rd Floor |
| | Wilmington, DE 19801 |
| | Tel: (302) 884-0001 |
| | gstrong@cahill.com |
| JONES DAY | |
| | *Counsel for Bob Yap Cheng Ghee, Toh Ai Ling, and Tan Yen Chiaw, in their capacities as the joint and several liquidators of Multichain Foundation Ltd. (In Liquidation) in insolvency proceedings before the General Division of the High Court of the Republic of Singapore* |
| /s/ Harold K. Gordon | |
| Harold K. Gordon | |
| Karl B. Colbary | |
| Alexander J. Wilson | |
| 250 Vesey Street | |
| New York, New York 10281 | |
| Tel: (212) 326-3939 | |
| hkgordon@jonesday.com | |
| kcolbary@jonesday.com | |
| alexanderwilson@jonesday.com | |
| | |
| *Counsel for Circle Internet Financial, LLC and Circle Internet Group, Inc.* | |