**CAHILL GORDON & REINDEL LLP**
Joel H. Levitin
Miles Wiley
32 Old Slip
New York, NY 10005
Tel: (212) 701-3770/3395
jlevitin@cahill.com
mwiley@cahill.com
and
Gregory Strong (*pro hac vice*)
221 W. 10th Street, 3rd Floor
Wilmington, DE 19801
Tel: (302) 884-0001
gstrong@cahill.com

*Counsel for Bob Yap Cheng Ghee, Toh Ai Ling, and Tan Yen Chiaw, in their capacities as the joint and several liquidators of Multichain Foundation Ltd. (In Liquidation) in insolvency proceedings before the General Division of the High Court of the Republic of Singapore*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 15 |
| MULTICHAIN FOUNDATION LTD.,[1] | Case No. 25-12340(DSJ) |
| Debtor in a Foreign Proceeding. |  |

**SUPPLEMENTAL DECLARATION OF ANDREAS FREUND IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO STAY NEWTON PROCEEDINGS**

I, Dr. Andreas Freund, pursuant to 28 U.S.C. § 1746, hereby declare, under penalty of perjury, as follows:

---

[1] The Debtor in this chapter 15 case, along with its unique identifier, is Multichain Foundation Ltd. (In Liquidation) (Singapore Business Number: 202141342W).  The Debtor has a registered and business address of 12 Marina View, #15-01 Asia Square Tower, #2, Singapore 018961.

1.     I am the President of Exp Technology Consultants with over 10 years of experience in the Blockchain space, and through my current and prior work experience with companies such as ConsenSys am deeply familiar with the Ethereum Ecosystem, and in particular with Bridge technologies. I submit this declaration in support of the *Reply in Support of Motion to Stay Newton Proceedings* (the "**Reply**") filed by Bob Yap Cheng Ghee, Toh Ai Ling, and Tan Yen Chiaw (the "**Petitioners**"), in their capacities as the joint and several liquidators of Multichain Foundation Ltd. (In Liquidation) ("**Multichain**") in insolvency proceedings pending before the General Division of the High Court of the Republic of Singapore (the "**Singapore Insolvency Proceedings**").

2.     In making this declaration, I have reviewed the following materials:

- Publicly available on-chain transaction data, including from the Ethereum blockchain;
- Source code analysis of the CrossChain-Bridge repository (commit aa7793931b4b1127a3f74d5604d869e11224f986), which is publicly available;
- Cross-chain event log data from seven EVM networks (Ethereum, Fantom, BSC, Polygon, Avalanche, Arbitrum, Optimism), retrieved via Dune Analytics SQL API and independently verifiable by any party;
- An X.com post from @MultichainOrg dated July 14, 2023; and
- Third-party reporting from Chainalysis, Binance Research, The Block, Blockworks, ImmunBytes, CreditCoin, and Crypto.news.

3.     This declaration presents forensic evidence that shows the private keys for the Multichain bridge custody accounts (Externally Owned Accounts, or "EOAs") were accessible to at least one individual outside the Multi-Party Computation ("MPC") node network, and explains the significance of that evidence.

4.     On July 14, 2023, the MultichainOrg X.com account issued a public statement containing the following statements:

a. First, Multichain disclosed that "Zhaojun had maintained sole control over the project's MPC node servers." This statement directly contradicts the distributed, independent node architecture depicted in the Multichain documentation and website.

b. Second, Multichain disclosed that "all of Zhaojun's computers, phones, hardware wallets, and mnemonic phrases were confiscated" by Chinese police on May 21, 2023.

c. Third, the statement disclosed that following abnormal fund movements on July 6–7, 2023, Zhaojun's sister transferred remaining bridge assets to two personal wallet addresses for "asset preservation." She was subsequently detained by police on July 13, 2023. The two wallet addresses identified in Multichain's disclosure as controlled by Zhaojun's sister are as follows: (a) Wallet 1: 0x1eed63efba5f81d95bfe37d82c8e736b974f477b; and (b) Wallet 2: 0x6b6314f4f07c974600d872182dcde092c480e57b.

5. The following two Ethereum transactions demonstrate that the MPC node protocol was bypassed and private keys for Multichain bridge custody EOAs were used to directly sign instructions to transfer assets to the wallet addresses identified in the Multichain X.com tweet on July 14, 2023.

6. Transaction 1 bears the hash 0x48dc95a39e4c2c41ad3bdfadeddd5b7f57f87d83f07b3a9c3e49727f957da2ec and was recorded at Block Number 17,664,204, dated July 10, 2023. The transaction was sent from the address 0x2a038e100f8b85df21e4d44121bdbfe0c288a869, identified as the Multichain

anyswapV4Router (Bridge Custody EOA), to the DAI Stablecoin contract at

0x6b175474e89094c44da98b954eedeac495271d0f, using the ERC-20 transfer(address, uint256)

method. The recipient of the transfer was 0x1eed63efba5f81d95bfe37d82c8e736b974f477b, one

of the addresses identified in the July 14, 2023 Multichain X.com tweet as being controlled by

Zhaojun's sister. The amount transferred was 15,275.90 DAI. The nonce was 209,914 and the

signature v value was 0x25 (37), consistent with Ethereum mainnet (chain_id = 1).

7.      The FROM address (0x2a038e...a869) is the Multichain anyswapV4Router on

Ethereum — a confirmed bridge custody EOA. This address corresponds to the DcrmAddress

field in the CrossChain-Bridge codebase (tokens/config.go, line 124). To sign a transaction from

this address requires the ECDSA private key corresponding to this EOA.

8.      A cross-chain search of bridge protocol event logs (`LogAnySwapOut`) across

seven EVM networks — Ethereum, Fantom, BSC, Polygon, Avalanche, Arbitrum, and

Optimism — confirms that no bridge swap request was initiated on any source chain with this

recipient wallet as the destination. In other words, the MPC nodes did not sign this transaction

with the private key in response to the normal operation of the Multichain bridge software,

because there was no redemption of wrapped assets that triggered the MPC nodes to sign such a

transaction. Instead, the private key was accessible outside the MPC node protocol and used to

sign this transaction.

9.      Transaction 2 bears the hash

0x92ba3a94ada84e96964045648fc29ba7dd1fcdeee0309b6e871d522f04e25a93 and was recorded

at Block Number 17,670,864, dated July 11, 2023. The transaction was sent from the address

0x647dc1366da28f8a64eb831fc8e9f05c90d1ea5a, identified as a Multichain-associated EOA

4

(confirmed via Snowtrace), to the ALBT Token contract at

0x0100546f2cd4c9d97f798ffc9755e47865ff7ee6, using the ERC-20 transfer(address, uint256)

method. The recipient of the transfer was address

0x6b6314f4f07c974600d872182dcde092c480e57b, one of the addresses identified in the July 14,

2023 Multichain X.com tweet as being controlled by Zhaojun's sister. The amount transferred

was 901.69 ALBT. The nonce was 33,312 and the signature v value was 0x26 (38), consistent

with Ethereum mainnet (chain_id = 1).

10.    A cross-chain search of bridge protocol event logs (`LogAnySwapOut`) across

seven EVM networks — Ethereum, Fantom, BSC, Polygon, Avalanche, Arbitrum, and

Optimism — confirms that no bridge swap request was initiated on any source chain with this

recipient wallet as the destination. In other words, the MPC nodes did not sign this transaction

with the private key, because there was no redemption of wrapped assets that triggered the MPC

nodes to sign such a transaction. Instead, the private key was accessible outside the MPC node

protocol and used to sign this transaction.

11.    The two transactions analyzed above are not isolated events. An analysis of ERC-

20 transfer events across seven blockchain networks identifies a total of 42 transfers from

Multichain custody accounts to the same two wallet addresses, spanning approximately 48 hours

from July 10 to July 12, 2023. None of these 42 transfers has a corresponding

`LogAnySwapOut` event on any source chain. This indicates that private key material for

Multichain bridge custody accounts across multiple chains was systematically accessed outside

the MPC node network to initiate transfers of assets without a corresponding redemption of

wrapped assets.

12.     Transaction records from the same custody EOA during the same time period confirm that the bridge operated normally using the protocol's designated function (`anySwapOut`, function selector `0x0175b1c4`), which routes through the AnyswapV4Router contract. The transfers to the two wallet addresses identified in the July 14, 2023 tweet used a different function (`transfer()`, selector `0xa9059cbb`), which transfers tokens directly from the EOA without invoking any bridge logic.

13.     The CrossChain-Bridge source code contains an explicit code path that allows transaction signing using a single private key, bypassing the MPC node threshold protocol entirely. When this code path is used, the MPC protocol is not invoked, no threshold signing is checked, and no other MPC nodes are contacted. When this code path is used, it disables the MPC public key validation and there is no verification that a valid MPC public key exists. This code path is production-accessible and is not gated by any test or debug mode flag. This non-MPC signing path was also forensically invisible because the code provides no audit log, access control, or alert mechanism that would record whether or when this field was populated. This non-MPC signing path is not flagged as a testing mechanism in the code.

14.     There is a separate documented testing mechanism in the code that also allows bypassing the MPC nodes and transaction signing using a single private key.

15.     ECDSA signatures are indistinguishable on-chain regardless of whether they were produced by MPC threshold reconstruction or by a single private key. The on-chain evidence alone cannot determine which code path (MPC vs. single-key) was used to produce the signatures on the two transactions analyzed herein. What the evidence does establish is that the private key material

for the bridge custody EOAs was accessible to at least one individual outside the MPC node network, and that the source code provided the architectural mechanism for such access.

CONCLUSIONS

16.     The CrossChain-Bridge source code contains an explicit, production-accessible code path (worker/swap.go, lines 470–474) that enables single-key signing without invoking the MPC protocol.

17.     This code path is not gated by any test or debug mode flag, is forensically invisible due to the json:"-" serialization exclusion, and provides no audit trail of its use.

18.     Private key material for the Multichain bridge custody EOA — material accessible outside the MPC node network — was used by the person described as the Multichain CEO's sister in the July 14 Multichain X.com post to sign transfers of real user assets to the wallet addresses identified in the post. The private key material for the bridge custody EOAs was thus demonstrably accessible outside the MPC node network to certain parties.

I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.


 Executed on:  May 5, 2026


/s/_____
Dr. Andreas Freund